**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* ______ Chapter **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **1221 Enterprises, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA Florida California Tortillos**<br>**DBA CTF1 LLC - 37-1779087**<br>**DBA CTF2 LLC - 38-3956797**<br>**DBA CTF3 LLC - 47-5462022**<br>**DBA CTF4 LLC - 47-5520658** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-2850350** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **460 Howard Ave**<br>**Lakeland, FL 33815**<br>Number, Street, City, State & ZIP Code | <br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Polk**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) ______

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: ______

Debtor **1221 Enterprises, Inc.** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**7221**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District ________ When ________ Case number ________
District ________ When ________ Case number ________

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ■ No
- ☐ Yes.

Debtor ________ Relationship ________
District ________ When ________ Case number, if known ________

Debtor **1221 Enterprises, Inc.** Case number (*if known*)
Name

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **1221 Enterprises, Inc.**
Name

Case number (*if known*)

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 16, 2017**
MM / DD / YYYY

*X* **/s/ Dale Warden**
Signature of authorized representative of debtor

**Dale Warden**
Printed name

Title **Owner**

**18. Signature of attorney**

*X* **/s/ Samantha L. Dammer**
Signature of attorney for debtor

Date **May 16, 2017**
MM / DD / YYYY

**Samantha L. Dammer**
Printed name

**Tampa Law Advocates, PA**
Firm name

**620 E. Twiggs Street, Suite 110**
**Tampa, FL 33602**
Number, Street, City, State & ZIP Code

Contact phone **813-288-0303**

Email address **sdammer@attysam.com**

**0036953**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **1221 Enterprises, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) ______

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ______
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ______

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 16, 2017**

X **/s/ Dale Warden**
Signature of individual signing on behalf of debtor

**Dale Warden**
Printed name

**Owner**
Position or relationship to debtor



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **1221 Enterprises, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*............ | $ | **0.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*............ | $ | **304,223.05** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*............ | $ | **304,223.05** |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............ | $ | **0.00** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| **3a. Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*............ | $ | **0.00** |
| **3b. Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............ | **+$** | **2,305,274.26** |
| 4. **Total liabilities** ............ Lines 2 + 3a + 3b | $ | **2,305,274.26** |



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **1221 Enterprises, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **1221 Enterprises, LLC, Bank of America, Bank account** | **Checking Account** | **2229** | **$956.04** |
| 3.2. | **West Town Bank & Trust** | **Collateral for Windsor Advantage** | **7110** | **$100,000.00** |
| 3.3. | **West Town Bank & Trust** | **Collateral for Windsor Advantage** | **7123** | **$100,000.00** |
| 3.4. | **Bank of Amercia** | **Collateral for Windsor Advantage** | **3242** | **$68,800.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** **$269,756.04**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

■ Yes Fill in the information below.



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **1221 Enterprises, Inc.** Case number *(If known)*
Name

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Security Deposits for Leases**<br><br>**CTF1, LLC. = $7,343.75**<br>**CTF2, LLC. = $8,821.75**<br>**CTF4, LLC. = $9,901.56** | **$34,467.01** |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.** **$34,467.01**
Add lines 7 through 8. Copy the total to line 81.

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

- ■ No. Go to Part 4.
- ☐ Yes Fill in the information below.

**Part 4: Investments**

13. **Does the debtor own any investments?**

- ■ No. Go to Part 5.
- ☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

- ■ No. Go to Part 6.
- ☐ Yes Fill in the information below.

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No. Go to Part 7.
- ☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ■ No. Go to Part 8.
- ☐ Yes Fill in the information below.

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- ■ No. Go to Part 9.
- ☐ Yes Fill in the information below.

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

- ■ No. Go to Part 10.



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **1221 Enterprises, Inc.** Case number *(If known)*
Name

☐ Yes Fill in the information below.

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** | | | |
| | **California Tortilla Franchises** | **$0.00** | | **Unknown** |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |
| 66. | **Total of Part 10.** Add lines 60 through 65. Copy the total to line 89. | | | **$0.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11: All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **1221 Enterprises, Inc.** Case number *(If known)*
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $269,756.04 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $34,467.01 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. | **Real property.** *Copy line 56, Part 9*.....> | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $304,223.05 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 **$304,223.05**


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **1221 Enterprises, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) ______

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

- ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
- ☐ Yes. Fill in all of the information below.



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **1221 Enterprises, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
**Affordable Acoustics, Inc.**
**11503 Blackbark Dr.**
**Riverview, FL 33579**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* — **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Claim of Lien - 54 W. Church St., #151
Is the claim subject to offset? ■ No ☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
**ALSCO**
**1213 South Division Ave**
**Orlando, FL 32805**
**Date(s) debt was incurred** 12/2016
**Last 4 digits of account number** 1730

**As of the petition filing date, the claim is:** *Check all that apply.* — **$491.22**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CTF1, LLC - (80173) and CTF2, LLC - (801799) Linen
Is the claim subject to offset? ■ No ☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
**Altech Electric of**
**Central Florida, Inc.**
**7224 Chancery Ln**
**Orlando, FL 32809**
**Date(s) debt was incurred** 5/2017
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* — **$49,055.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Contruction - Claim of Lien
Is the claim subject to offset? ■ No ☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
**Anixter Inc.**
**3881 Old Winter Garden Rd.**
**Saint Augustine, FL 32085**
**Date(s) debt was incurred** 1/12/17
**Last 4 digits of account number** chSt,e151

**As of the petition filing date, the claim is:** *Check all that apply.* — **$11,765.06**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CTF3, LLC. Claim of Lien against leasehold interest (54 West Church St., Ste 151)
Is the claim subject to offset? ■ No ☐ Yes



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com 37703 Best Case Bankruptcy

Debtor **1221 Enterprises, Inc.** Case number (if known)
Name

**3.5** **Nonpriority creditor's name and mailing address**
**ARC3 GASES**
**P.O. Box 1708**
**Dunn, NC 28335**
**Date(s) debt was incurred** 12/2016
**Last 4 digits of account number** 0197

**As of the petition filing date, the claim is:** *Check all that apply.* **$617.58**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CTF1, LLC G4111
CTF2, LLC G7163
CTF4, LLC H0197
Is the claim subject to offset? ■ No ☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
**AXA EQUITABLE LIFE INS. CO**
**P.O. Box 371405**
**Pittsburgh, PA 15250**
**Date(s) debt was incurred** 2/2017
**Last 4 digits of account number** 8455

**As of the petition filing date, the claim is:** *Check all that apply.* **$359.02**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CTF1, LLC
Is the claim subject to offset? ■ No ☐ Yes

**3.7** **Nonpriority creditor's name and mailing address**
**Bank of America**
**Business Card**
**P.O. 15796**
**Wilmington, DE 19886**
**Date(s) debt was incurred** 3/6/17
**Last 4 digits of account number** 7824

**As of the petition filing date, the claim is:** *Check all that apply.* **$31,867.95**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CTF1, LLC - Credit Card
Is the claim subject to offset? ■ No ☐ Yes

**3.8** **Nonpriority creditor's name and mailing address**
**Bank of America**
**Business Card**
**P.O. 15796**
**Wilmington, DE 19886**
**Date(s) debt was incurred** 3/2017
**Last 4 digits of account number** 6396

**As of the petition filing date, the claim is:** *Check all that apply.* **$24,838.42**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CTF2, LLC - Credit Card
Is the claim subject to offset? ■ No ☐ Yes

**3.9** **Nonpriority creditor's name and mailing address**
**Bank of America**
**Business Card**
**P.O. 15796**
**Wilmington, DE 19886**
**Date(s) debt was incurred** 3/6/17
**Last 4 digits of account number** 8669

**As of the petition filing date, the claim is:** *Check all that apply.* **$21,749.24**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CTF1 LLC - Credit Card
Is the claim subject to offset? ■ No ☐ Yes

**3.10** **Nonpriority creditor's name and mailing address**
**Bank of America**
**Business Card**
**P.O. 15796**
**Wilmington, DE 19886**
**Date(s) debt was incurred** 3/7/17
**Last 4 digits of account number** 3420

**As of the petition filing date, the claim is:** *Check all that apply.* **$25,469.44**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CTF3 LLC - Credit Card
Is the claim subject to offset? ■ No ☐ Yes

**3.11** **Nonpriority creditor's name and mailing address**
**Bank of America**
**Business Card**
**P.O. 15796**
**Wilmington, DE 19886**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 4560

**As of the petition filing date, the claim is:** *Check all that apply.* **$29,517.25**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CTF4, LLC - Credit Card
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **1221 Enterprises, Inc.** Case number (if known)
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.12 | **Barber & Associates, Inc.**<br>**5755 Macy Ave**<br>**Jacksonville, FL 32211**<br>Date(s) debt was incurred **3/20/2017**<br>Last 4 digits of account number **4LLC** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Claim Lien for CTF3 LLC/CTF4 LLC - 54 W. Church St, Ste 151, Orlando, FL**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.13 | **BREIT MF**<br>**c/o ShopCore Properties**<br>**P.O. Box 27627**<br>**San Diego, CA 92198**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **CTF3,LLC** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **55 West Church Street**<br>Is the claim subject to offset? ■ No ☐ Yes | **$44,097.69** |
| 3.14 | **BRIGHTHOUSE NETWORKS**<br>**P.O. Box 30574**<br>**Tampa, FL 33630**<br>Date(s) debt was incurred **4/2017**<br>Last 4 digits of account number **3902** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **CTF1, LLC-0050671579-01 CTF2, LLC-0050669939-02 CTF4, LLC-0050696706-01**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,736.34** |
| 3.15 | **California Tortilla GroupInc**<br>**Attn: Robert Phillips, Pres.**<br>**20 Courthouse Square,**<br>**Suite 400**<br>**Rockville, MD 20850**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **CFT1** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Franchise**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.16 | **Cantwell & Goldman, P.A.**<br>**96 Willard St., Ste 302**<br>**Cocoa, FL 32922**<br>Date(s) debt was incurred **1/20/17**<br>Last 4 digits of account number **0075** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **d/b/a California Tortilla #740/#075**<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,466.63** |
| 3.17 | **Carrolwood Commons Outparcel**<br>**Corp c/o Kimco Realty Corp**<br>**3333 New Hyde Park Rd.**<br>**Suite 100**<br>**New Hyde Park, NY 11042**<br>Date(s) debt was incurred **12/2016 - present**<br>Last 4 digits of account number **TO00** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **CTF4, LLC - Lardlord**<br>Is the claim subject to offset? ■ No ☐ Yes | **$9,091.95** |
| 3.18 | **City of Cocoa Utilities**<br>**65 Stone St.**<br>**Cocoa, FL 32922**<br>Date(s) debt was incurred **3/2017**<br>Last 4 digits of account number **4696** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Utilities - CTF2, LLC**<br>Is the claim subject to offset? ■ No ☐ Yes | **$462.97** |


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **1221 Enterprises, Inc.** Case number (if known)
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.19 | **Coca-Cola North America**<br>**P.O. Box 102703**<br>**Atlanta, GA 30368**<br>Date(s) debt was incurred **2/2017**<br>Last 4 digits of account number **7574** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **CTF1 LLC. - 7574 CTF2 LLC. - 4995**<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,067.68** |
| 3.20 | **Cozzini Bros**<br>**Nationwide Sharpening**<br>**350 Howard Ave**<br>**Des Plaines, IL 60018**<br>Date(s) debt was incurred **12/2016**<br>Last 4 digits of account number **0748** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **CTF1, LLC 755670 CTF2, LLC 760748**<br>Is the claim subject to offset? ■ No ☐ Yes | **$96.00** |
| 3.21 | **Daniel J. Shamy, Esq**<br>**K/S, Attorneys at Law**<br>**4800 N. Federal Highway**<br>**Suite 100-A**<br>**Boca Raton, FL 33431**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **CTF3,LLC** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Registered Agent for CTF3, LLC**<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.22 | **Daniel L. Moody, Esq.**<br>**Daniel Moody, P.A.**<br>**P.O. Box 34**<br>**Largo, FL 33779**<br>Date(s) debt was incurred **2/2017**<br>Last 4 digits of account number **4LLC** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Electric Supply of Tampa, Inc., / Fuller Electrical Contractors**<br>Is the claim subject to offset? ■ No ☐ Yes | **$12,951.20** |
| 3.23 | **Divine & Estes**<br>**Attorneys At Law**<br>**P.O. Box 3629**<br>**Orlando, FL 32802**<br>Date(s) debt was incurred **2/7/17**<br>Last 4 digits of account number **California Tortilla** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **CTF3, LLC. - 55 West Church Ste. 151, Orlando, FL (California Tortilla) Lease Agreement**<br>Is the claim subject to offset? ■ No ☐ Yes | **$26,458.61** |
| 3.24 | **Downtown Produce & Market**<br>**7856 Ellis Rd**<br>**Melbourne, FL 32904**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **9695** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Downtown Discount Produce Inc. vs. CTF1 LLC, California Tortilla 075, California Tortilla 740, Dale Warden**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **1221 Enterprises, Inc.** Case number (if known)
Name

**3.25** **Nonpriority creditor's name and mailing address**
**Easy Law Construction Notice**
**1777 E. Los Angeles Ave**
**Ste 203**
**Simi Valley, CA 93065**
**Date(s) debt was incurred** _
**Last 4 digits of account number** CFT4,LLC

**As of the petition filing date, the claim is:** *Check all that apply.* **$13,013.02**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CFT4, LLC. - Dal Tile Distribution, Inc. v. Carrollwood Commons Outparcel Corp. - 15028 North Dale Mabry, Tampa, FL Claim of Lien
Is the claim subject to offset? ■ No ☐ Yes

**3.26** **Nonpriority creditor's name and mailing address**
**Ecolab**
**Pest Elimination Division**
**26252 Network Place**
**Chicago, IL 60673-1262**
**Date(s) debt was incurred** 12/2016
**Last 4 digits of account number** 0931

**As of the petition filing date, the claim is:** *Check all that apply.* **$627.75**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CTF1, LLC 10542043
CTF2, LLC 3070931
Is the claim subject to offset? ■ No ☐ Yes

**3.27** **Nonpriority creditor's name and mailing address**
**Ecotabllc**
**c/o Mail Center**
**14525 SW Millikan Way, #7790**
**Beaverton, OR 97005**
**Date(s) debt was incurred** _
**Last 4 digits of account number** CTF4,LLC

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,709.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CTF4, LLC. - 15028 N. Dale Mabry Hwy, Tampa, FL - Ref: 609361
Is the claim subject to offset? ■ No ☐ Yes

**3.28** **Nonpriority creditor's name and mailing address**
**Express Merchant Processing**
**P.O. Box 17548**
**Denver, CO 80217**
**Date(s) debt was incurred** 12/2016
**Last 4 digits of account number** 2885

**As of the petition filing date, the claim is:** *Check all that apply.* **$670.12**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CTF1, LLC/CTF2, LLC/CTF4, LLC
984216608880/984224352885/984222190881
Is the claim subject to offset? ■ No ☐ Yes

**3.29** **Nonpriority creditor's name and mailing address**
**Florida City Gas**
**P.O. Box 4569**
**Atlanta, GA 30302**
**Date(s) debt was incurred** 2/2017
**Last 4 digits of account number** 6155

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,060.92**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CTF2, LLC - 6375 N. Wickham Rd., Unit 108, Melbourne, FL
Is the claim subject to offset? ■ No ☐ Yes

**3.30** **Nonpriority creditor's name and mailing address**
**Florida MasterTemp**
**3475 N. US 1 - Unit #1**
**Cocoa, FL 32926**
**Date(s) debt was incurred** 12/7/16
**Last 4 digits of account number** 9034

**As of the petition filing date, the claim is:** *Check all that apply.* **$459.90**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CTF2, LLC
A/C - Heating - Commercial Refridgation
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **1221 Enterprises, Inc.**
Name

Case number (if known)

---

3.31 **Nonpriority creditor's name and mailing address**
**FMKT MEL OWNER LLC**
**Greenleaf Capital/Fin Dept**
**5300 W. Cypress St., Ste 165**
**Tampa, FL 33607**
**Date(s) debt was incurred** 1/2017
**Last 4 digits of account number** 2LLC

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,918.26**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CTF2 - This lease was terminated on March 31, 2017
Is the claim subject to offset? ■ No ☐ Yes

---

3.32 **Nonpriority creditor's name and mailing address**
**Focus Development, LLC.**
**8723 Gunn Hwy**
**Odessa, FL 33556**
**Date(s) debt was incurred** 2/14/17
**Last 4 digits of account number** 6016

**As of the petition filing date, the claim is:** *Check all that apply.* **$426,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Schwenn Mechanical Services, LLC. v. Focus Development, LLC. 17-002606
Contract #201610003402
California Tortilla Orlando CTF3, LLC./Promissory Construction Lien
Is the claim subject to offset? ■ No ☐ Yes

---

3.33 **Nonpriority creditor's name and mailing address**
**FPL Energy Services**
**P.O. Box 25426**
**Miami, FL 33102**
**Date(s) debt was incurred** 12/2016
**Last 4 digits of account number** 6511

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,728.39**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Electric for:
CTF2, LLC 1100224963 - 740 Centerview Blvd., Ste 110, Kissimmee, FL CTF2, LLC 84349-96511 -
CTF3, LLC 1100241643 - CTF4, LLC 1100238755 - 15028 N. Dale Mabry Hwy, Tampa, FL
Is the claim subject to offset? ■ No ☐ Yes

---

3.34 **Nonpriority creditor's name and mailing address**
**GEOPOINT SURVEYING, INC.**
**1403 E. 5th Avenue**
**Tampa, FL 33605**
**Date(s) debt was incurred** 12/2016
**Last 4 digits of account number** 2741

**As of the petition filing date, the claim is:** *Check all that apply.* **$950.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CTF4, LLC
Is the claim subject to offset? ■ No ☐ Yes

---

3.35 **Nonpriority creditor's name and mailing address**
**Goza and Hall, P.A.**
**Donald R. Hall, Esq.**
**28050 U.S. Hwy. 19 North**
**Suite 402, Corporate Square**
**Clearwater, FL 33761**
**Date(s) debt was incurred** 3/2017
**Last 4 digits of account number** 6002

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,300.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** California Tortilla - Orlando CTF3/Focus Development
Is the claim subject to offset? ■ No ☐ Yes

---

3.36 **Nonpriority creditor's name and mailing address**
**GREGORY PEST SOLUTIONS**
**P.O. Box 6713**
**Greenville, SC 29606**
**Date(s) debt was incurred** 3/2017
**Last 4 digits of account number** 6057

**As of the petition filing date, the claim is:** *Check all that apply.* **$125.91**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CTF1, LLC; CTF2, LLC
Is the claim subject to offset? ■ No ☐ Yes

---


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **1221 Enterprises, Inc.** Case number (if known)
Name

**3.37** **Nonpriority creditor's name and mailing address**
**HALO BRANDED SOLUTIONS**
**3182 Momentum Place**
**Chicago, IL 60689**
**Date(s) debt was incurred** 2/17
**Last 4 digits of account number** 8657

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,998.32**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CTF3, LLC
Is the claim subject to offset? ■ No ☐ Yes

**3.38** **Nonpriority creditor's name and mailing address**
**HUH DI/OCP Crosslands, LLC.**
**c/o OConnor Property Mgt LLC**
**240 Royal Palm Way, 2nd Fl**
**Palm Beach, FL 33480**
**Date(s) debt was incurred** 12/2016
**Last 4 digits of account number** 0063

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,783.08**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CTF1, LLC. 460 Howard Ave, Lakeland, FL
Is the claim subject to offset? ■ No ☐ Yes

**3.39** **Nonpriority creditor's name and mailing address**
**Jay R. Thakkar, Esq.**
**96 Willard St.**
**Suite 302**
**Cocoa, FL 32922**
**Date(s) debt was incurred** 1/2017
**Last 4 digits of account number** 0075

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,147.38**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** 17-019695 Downtown Discount Produce, Inc. vs. CTF1, LLC., a Florida limited liability company, d/b/a California Tortilla #075 and California Tortilla #740 CTF2, LLC CT0
Is the claim subject to offset? ■ No ☐ Yes

**3.40** **Nonpriority creditor's name and mailing address**
**Kirwin Norris, P.A.**
**April Akins, Esq.**
**15 W. Church St., Ste 301**
**Orlando, FL 32801**
**Date(s) debt was incurred** 3/24/2017
**Last 4 digits of account number** 606O

**As of the petition filing date, the claim is:** *Check all that apply.* **$84,450.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Schwenn Services & Contracting, LLC. v. Focus Development, LLC, a Florida Limited Liability Company; and CTF3, LLC, a Florida Limited Liability Company
Is the claim subject to offset? ■ No ☐ Yes

**3.41** **Nonpriority creditor's name and mailing address**
**Kissimmee Utility Authority**
**P.O. Box 850001**
**Kissimmee, FL 34741**
**Date(s) debt was incurred** 12/22/16
**Last 4 digits of account number** 3730

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,597.89**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CTF1, LLC 740 Centerview Blvd., Kissimmee, FL 34741
Is the claim subject to offset? ■ No ☐ Yes

**3.42** **Nonpriority creditor's name and mailing address**
**Lieser Skaff Alexander**
**403 N. Howard Ave**
**Tampa, FL 33606**
**Date(s) debt was incurred** 5/2017
**Last 4 digits of account number** CTF4,LLC

**As of the petition filing date, the claim is:** *Check all that apply.* **$27,092.68**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice of Liens (4)
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **1221 Enterprises, Inc.** Case number (if known)
Name

**3.43** **Nonpriority creditor's name and mailing address**
**Melissa A. Wilson, Esq.**
**Advocate Law Firm, P.A.**
**620 W. Polk St.**
**Bartow, FL 33830**
**Date(s) debt was incurred** 2/2/17
**Last 4 digits of account number** Claim of Lien

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,937.49**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CFT4, LLC - 15028 North Dale Mabry, Tampa, FL
Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** **Nonpriority creditor's name and mailing address**
**Mood Media**
**attn: MARIA UNGUREANU**
**3318 Lakemont Blvd**
**Fort Mill, SC 29708**
**Date(s) debt was incurred** 3/2017
**Last 4 digits of account number** 4369

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,065.45**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CTF1, Kissimmee - can't find account #
CTF2, LLC. - Melbourne - account 704239
CTF3, LLC. - Orlando - account 704369
CTF4, Tampa - can't find account #
Receivables
Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** **Nonpriority creditor's name and mailing address**
**Nationwide**
**P.O. Box 10479**
**Des Moines, IA 50306**
**Date(s) debt was incurred** 4/2017
**Last 4 digits of account number** 1314

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,738.22**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Insurance Premium
Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** **Nonpriority creditor's name and mailing address**
**Nationwide Mutual Insur.**
**P.O. Box 10479**
**Des Moines, IA 50306**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 5704

**As of the petition filing date, the claim is:** *Check all that apply.* **$687.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Insurance
Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** **Nonpriority creditor's name and mailing address**
**NTO Management**
**607 South Alexander St.,**
**Ste 215**
**Plant City, FL 33563**
**Date(s) debt was incurred** _
**Last 4 digits of account number** CTF3,LLC

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** JC Sub-Contractors, Inc./Claim of Lien - CTF3 LLC
Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** **Nonpriority creditor's name and mailing address**
**Ondeck Payment Support**
**1400 Broadway**
**New York, NY 10018**
**Date(s) debt was incurred** 1/25/17
**Last 4 digits of account number** 5626

**As of the petition filing date, the claim is:** *Check all that apply.* **$113,979.22**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Personally Guaranteed Loan
CTF1, LLC
CTF2, LLC
Is the claim subject to offset? ■ No ☐ Yes

---


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **1221 Enterprises, Inc.** Case number (if known)
Name

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,300.00** |
|---|---|---|---|
| | **Oracle**<br>**P.O. Box 203448**<br>**Dallas, TX 75320**<br>**Date(s) debt was incurred** 3/2017<br>**Last 4 digits of account number** 4697 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CTF3, LLC 6534490/43744697 CTF4, LLC 3429495/3427098/ 3431525/6534370<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21,237.07** |
| | **Oracle Hospitality**<br>**P.O. Box 203448**<br>**Dallas, TX 75320**<br>**Date(s) debt was incurred** 12/2016<br>**Last 4 digits of account number** 7098 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CTF4 LLC. - #3427098<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **Osceola Crossings Owner, LLC**<br>**c/o O'Connor Capital Partner**<br>**535 Madison Ave**<br>**6th Floor**<br>**New York, NY 10022**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** CTF1,LLC | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Lease for CFT1, LLC. The Crosslands - Kissimmee, FL<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$19,186.15** |
| | **Performance Food Services**<br>**Powell**<br>**211 Alton Hall Rd**<br>**Cairo, GA 39828**<br>**Date(s) debt was incurred** 12/2016<br>**Last 4 digits of account number** 8208 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Food products<br>CTF1, LLC 264310<br>CTF2, LLC 278208<br>CTF4, LLC 285178<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **TA Realty**<br>**28 State St. 10th Floor**<br>**Boston, MA 02109**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** CTF3,LLC | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Lease - CTF3, LLC.<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$243,669.09** |
| | **TD Bank**<br>**P.O. Box 5600**<br>**Lewiston, ME 04243**<br>**Date(s) debt was incurred** 3/2017<br>**Last 4 digits of account number** 9001 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CTF1 LLC<br>460 Howard Ave, Lakeland, FL 33815<br>Is the claim subject to offset? ■ No ☐ Yes | |


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **1221 Enterprises, Inc.** Case number (if known)
Name

**3.55** **Nonpriority creditor's name and mailing address**
**Teco Peoples Gas**
**P.O. 31318**
**Tampa, FL 33631**
**Date(s) debt was incurred** 2/2017
**Last 4 digits of account number** 3704

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,707.78**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CTF1, LLC 211012206515
CTF1, LLC 22387104
CTF3, LLC 211012206721
CTF3, LLC 23387780
CTF4, LLC 211004693704
CTF4, LLC 211008130984
Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** **Nonpriority creditor's name and mailing address**
**The Law offices of**
**Daniel Moody, P.A.**
**P.O. Box 34**
**Largo, FL 33779**
**Date(s) debt was incurred** _
**Last 4 digits of account number** CFT4,LLC

**As of the petition filing date, the claim is:** *Check all that apply.* **$13,289.71**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CFT4, LLC - 15028 North Dale Mabry, Tampa, FL - Claim of Lien of Electric Supply of Tampa, Inc.
Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** **Nonpriority creditor's name and mailing address**
**THE REALTY ASSOC FUND IX,LP**
**28 State St. 10th Floor**
**Boston, MA 02109**
**Date(s) debt was incurred** 12/2017 - present
**Last 4 digits of account number** 355W

**As of the petition filing date, the claim is:** *Check all that apply.* **$44,097.69**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Previous Landlord -CTF3
Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** **Nonpriority creditor's name and mailing address**
**Toho Water Authority**
**951 M.L.K. Jr Blvd**
**Kissimmee, FL 34741**
**Date(s) debt was incurred** 1/12/17
**Last 4 digits of account number** 3730

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,983.32**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CTF1, LLC
Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** **Nonpriority creditor's name and mailing address**
**Trent Cotney, P.A.**
**Construction Law Group**
**407 N. Howard Ave, Ste 100**
**Tampa, FL 33606**
**Date(s) debt was incurred** 2/10/17
**Last 4 digits of account number** J & S Plumbing, Inc. - Demand

**As of the petition filing date, the claim is:** *Check all that apply.* **$16,104.99**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CFT4, LLC - 15028 North Dale Mabry, Tampa, FL
Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** **Nonpriority creditor's name and mailing address**
**Wayne Automatic**
**Fire Sprinklers, Inc.**
**222 Capital Ct**
**Ocoee, FL 34761**
**Date(s) debt was incurred** 11/16/16
**Last 4 digits of account number** 0016

**As of the petition filing date, the claim is:** *Check all that apply.* **$100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CTF1, LLC - 740 Centerview Blvd. Kissimmee, FL
Is the claim subject to offset? ■ No ☐ Yes

---


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **1221 Enterprises, Inc.** Case number (if known) ____
Name

**3.61** **Nonpriority creditor's name and mailing address**
**Windsor Advantage, LLC.**
**attn: Jeffrey C. Nitti**
**444 N. Wells St., Ste 201**
**Chicago, IL 60654**
**Date(s) debt was incurred** _
**Last 4 digits of account number** **1811**

**As of the petition filing date, the claim is:** *Check all that apply.* **$804,419.49**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **CTF3, LLC, Loan # 110021812, SBA #85279150-07: CTF2, LLC, Loan # 110021811, SBA # 85279350-02:**

**CTF2, CTF3 and CTF4 - never closed on loan**

Is the claim subject to offset? ■ No ☐ Yes

**3.62** **Nonpriority creditor's name and mailing address**
**Zwicker & Assoc**
**80 Minuteman Rd.**
**GE Money - #3054260**
**Orlando, FL 32896-0061**
**Date(s) debt was incurred** _
**Last 4 digits of account number** **2775**

**As of the petition filing date, the claim is:** *Check all that apply.* **$113,979.22**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **CTF1, LLC. & CTF2, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **BREIT MF**<br>**55 West LLC,**<br>**c/o ShopCore Properties**<br>**P.O. Box 27627**<br>**San Diego, CA 92198** | Line **3.13**<br>☐ Not listed. Explain ____ | **CTF3,LLC** |
| 4.2 | **Carrolwood Commons Outparcel**<br>**Corp c/o Kimco Realty Corp**<br>**3333 New Hyde Park Rd.**<br>**Suite 100**<br>**New Hyde Park, NY 11042** | Line **3.27**<br>☐ Not listed. Explain ____ | **4LLC** |
| 4.3 | **Ecotabllc**<br>**5520 Rock Dove Drive**<br>**Sarasota, FL 34241** | Line **3.27**<br>☐ Not listed. Explain ____ | **9361** |
| 4.4 | **Electric Supply of Tampa,Inc**<br>**P.O. Box 151657**<br>**Tampa, FL 33684** | Line **3.22**<br>☐ Not listed. Explain ____ | **4LLC** |
| 4.5 | **Fire Safety, Inc.**<br>**2721 Roosevelt Blvd.**<br>**Clearwater, FL 33760** | Line **3.47**<br>☐ Not listed. Explain ____ | **chSt,e151** |
| 4.6 | **Hartman Simons & Wood LLP.**<br>**attn:Laura B. Kurlander, Esq**<br>**6400 Powers Ferry Rd, NW**<br>**Suite 400**<br>**Atlanta, GA 30339** | Line **3.51**<br>☐ Not listed. Explain ____ | **CFT1,LLC** |


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **1221 Enterprises, Inc.** Case number (if known)
Name

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **Hays, Potter & Martin LLP**<br>**3182 Momentum Place**<br>**Chicago, IL 60689** | Line **3.52**<br>☐ Not listed. Explain ___ | **8208** |
| 4.8 | **Jordan Twombly**<br>**P.O. Box 22784**<br>**Tampa, FL 33622** | Line **3.35**<br>☐ Not listed. Explain ___ | **0034** |
| 4.9 | **Kirwin Norris**<br>**15 W. Church St.**<br>**Orlando, FL 32801** | Line **3.32**<br>☐ Not listed. Explain ___ | **Schwenn Mech Svc. v. Focus** |
| 4.10 | **Mood Media**<br>**1703 West 5th St**<br>**Suite 600**<br>**Austin, TX 78703** | Line **3.44**<br>☐ Not listed. Explain ___ | **4369** |
| 4.11 | **Osceola Crossings Owner, LLC**<br>**Attn: General Counsel**<br>**14901 S.Orange Blossom Trail**<br>**Orlando, FL 32837** | Line **3.51**<br>☐ Not listed. Explain ___ | **CFT1,ises,** |
| 4.12 | **Realty Assoc Fund IX, LP**<br>**% TA Assoc Realty**<br>**28 State St., 10th FL**<br>**Boston, MA 02109** | Line **3.32**<br>☐ Not listed. Explain ___ | **CTF3,LLC** |
| 4.13 | **Shumaker,Loop &Kendrick, LLP**<br>**Brian R. Lambert**<br>**101 E Kennedy Blvd**<br>**Suite 2800**<br>**Tampa, FL 33602** | Line **3.32**<br>☐ Not listed. Explain ___ | **3263** |
| 4.14 | **The Coca-Cola Company**<br>**Curtis Marshall**<br>**1150 Sanctuary Parkway**<br>**Suite 100**<br>**Alpharetta, GA 30009** | Line **3.19**<br>☐ Not listed. Explain ___ | **CTF1,CTF2,CTF 4** |
| 4.15 | **The Realty Assoc Fund IX, LP**<br>**c/o TA Associates Realty**<br>**28 State St., 10th Floor**<br>**Boston, MA 02109** | Line **3.47**<br>☐ Not listed. Explain ___ | **1034** |
| 4.16 | **ZRS Management, LLC.**<br>**2001 Summit Park Dr.**<br>**Suite 300**<br>**Orlando, FL 32810** | Line **3.53**<br>☐ Not listed. Explain ___ | **CTF3,LLC** |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ **2,305,274.26** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ **2,305,274.26** |


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **1221 Enterprises, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| | 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **CTF3 - 55 On the Esplanade, Orlando, FL - never opened** | |
| | State the term remaining | **9 years** | **BREIT MF<br>c/o ShopCore Properties<br>P.O. Box 27627<br>San Diego, CA 92198** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **CTF4, LLC - Carrollwood Commons Outparcel, Tampa, FL - never opened** | **Carrolwood Commons Outparcel Corp c/o Kimco Realty Corp<br>3333 New Hyde Park Rd.<br>Suite 100<br>New Hyde Park, NY 11042** |
| | State the term remaining | **9 years** | |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **CTF2, LLC. - Pineda Landings - Melbourne, FL/Closed 12/31/2016** | |
| | State the term remaining | **9 years** | **FMKT MEL OWNER LLC<br>c/o BishopBeale Management<br>250 N. Orange Ave., Ste 1500<br>Orlando, FL 32801** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **CTF1, LLC - The Crosslands - Kissimmee, FL / Closed 12/31/2016** | **Osceola Crossings Owner, LLC<br>c/o O'Connor Capital Partner<br>535 Madison Ave<br>6th Floor<br>New York, NY 10022** |
| | State the term remaining | **9 years** | |
| | List the contract number of any government contract | | |



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **1221 Enterprises, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **1221 Enterprises, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For year before that:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>■ Other **1221 Enterprises LLC** | **$-120,772.00** |
| **For year before that:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>■ Other **CTF1 LLC** | **$-64,620.00** |
| **For year before that:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>■ Other **CTF2 LLC** | **$-31,597.00** |
| **For year before that:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>■ Other **CTF3 LLC** | **$-21,521.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **1221 Enterprises, Inc.** Case number *(if known)*

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Schwenn Services & Contracting, LLC., v. Focus Development, LLC., a Florida limited liability company; and CTF3, LLC. a Florida limited liability 2017-CA-002606-O** | **Civil** | **Ninth Judicial Circuit In and For Orange County, Florida 425 N. Orange Avenue Orlando, FL 32801** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Downtown Discount Produce, Inc., a Florida corporation vs. CTF1, LLC., d/b/a California Tortilla #070 and California Tortilla #740, and Dale Warden, guarantor, jointly and severally, 2017-SC-019695** | **Civil** | **Clerk of Court 700 S Park Avenue, Bldg B Titusville, FL 32780** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **1221 Enterprises, Inc.** Case number *(if known)*

■ None

**Part 4: Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Tampa Law Advocates, P.A.<br>620 East Twiggs St.<br>Suite 110<br>Tampa, FL 33602** | **Attorney Fees** | | **$4,500.00** |
| | Email or website address<br>**sdammer@attysam.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Tampa Law Advocates, P.A.<br>620 East Twiggs St.<br>Suite 110<br>Tampa, FL 33602** | **Filing Fee** | | **$335.00** |
| | Email or website address<br>**sdammer@attysam.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **1221 Enterprises, Inc.** Case number *(if known)*

to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
□ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
□ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
□ Yes. Does the debtor serve as plan administrator?

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **1221 Enterprises, Inc.** Case number *(if known)*

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Bank of America, N.A.**<br>**P.O. Box 25118**<br>**Tampa, FL 33622** | **XXXX-3242** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **CTF1, LLC. Closed 1/6/17 - balance transfered to xxxx-xxxx-2229 BOA** | **$7,671.38** |
| 18.2. | **Bank of America, N.A.**<br>**P.O. Box 25118**<br>**Tampa, FL 33622** | **XXXX-7135** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **CTF2, LLC. Closed 1/6/17 - balance transfered to xxxx-xxxx-2229 BOA** | **$24,833.05** |
| 18.3. | **Bank of America, N.A.**<br>**P.O. Box 25118**<br>**Tampa, FL 33622** | **XXXX-7096** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **CTF3, LLC. Closed 1/6/17 - balance transfered to xxxx-xxxx-2229 BOA** | **$6,307.15** |
| 18.4. | **Bank of America, N.A.**<br>**P.O. Box 25118**<br>**Tampa, FL 33622** | **XXXX-7122** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **CTF4, LLC. Closed 1/6/17 - balance transfered to xxxx-xxxx-2229 BOA** | **$8,916.92** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own**



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **1221 Enterprises, Inc.** Case number *(if known)*

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12: Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13: Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **1221 Enterprises, Inc.** Case number *(if known)*

within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dale Warden | | Managing Member - CTF1, LLC./CTF2, LLC./CTF3, LLC./CTF4, LLC. | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Dale Warden | | | Reimbursements, in lieu of salary |
| | Relationship to debtor<br>Managing Manager | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

■ No
☐ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 16, 2017**

**/s/ Dale Warden**
Signature of individual signing on behalf of the debtor

**Dale Warden**
Printed name

Position or relationship to debtor **Owner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Florida

In re **1221 Enterprises, Inc.** Debtor(s)

Case No.

Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **May 16, 2017**

**/s/ Dale Warden**
**Dale Warden**/**Owner**
Signer/Title

1221 Enterprises, Inc.
460 Howard Ave
Lakeland, FL 33815

Samantha L. Dammer
Tampa Law Advocates, PA
620 E. Twiggs Street, Suite 110
Tampa, FL 33602

Affordable Acoustics, Inc.
11503 Blackbark Dr.
Riverview, FL 33579

ALSCO
1213 South Division Ave
Orlando, FL 32805

Altech Electric of
Central Florida, Inc.
7224 Chancery Ln
Orlando, FL 32809

Anixter Inc.
3881 Old Winter Garden Rd.
Saint Augustine, FL 32085

ARC3 GASES
P.O. Box 1708
Dunn, NC 28335

AXA EQUITABLE LIFE INS. CO
P.O. Box 371405
Pittsburgh, PA 15250

Bank of America
Business Card
P.O. 15796
Wilmington, DE 19886

Barber & Associates, Inc.
5755 Macy Ave
Jacksonville, FL 32211

BREIT MF
c/o ShopCore Properties
P.O. Box 27627
San Diego, CA 92198

BREIT MF
55 West LLC,
c/o ShopCore Properties
P.O. Box 27627
San Diego, CA 92198

BRIGHTHOUSE NETWORKS
P.O. Box 30574
Tampa, FL 33630

California Tortilla GroupInc
Attn: Robert Phillips, Pres.
20 Courthouse Square,
Suite 400
Rockville, MD 20850

Cantwell & Goldman, P.A.
96 Willard St., Ste 302
Cocoa, FL 32922

Carrolwood Commons Outparcel
Corp c/o Kimco Realty Corp
3333 New Hyde Park Rd.
Suite 100
New Hyde Park, NY 11042

City of Cocoa Utilities
65 Stone St.
Cocoa, FL 32922

Coca-Cola North America
P.O. Box 102703
Atlanta, GA 30368

Cozzini Bros
Nationwide Sharpening
350 Howard Ave
Des Plaines, IL 60018

Daniel J. Shamy, Esq
K/S, Attorneys at Law
4800 N. Federal Highway
Suite 100-A
Boca Raton, FL 33431

Daniel L. Moody, Esq.
Daniel Moody, P.A.
P.O. Box 34
Largo, FL 33779

Divine & Estes
Attorneys At Law
P.O. Box 3629
Orlando, FL 32802

Downtown Produce & Market
7856 Ellis Rd
Melbourne, FL 32904

Easy Law Construction Notice
1777 E. Los Angeles Ave
Ste 203
Simi Valley, CA 93065

Ecolab
Pest Elimination Division
26252 Network Place
Chicago, IL 60673-1262

Ecotabllc
c/o Mail Center
14525 SW Millikan Way, #7790
Beaverton, OR 97005

Ecotabllc
5520 Rock Dove Drive
Sarasota, FL 34241

Electric Supply of Tampa,Inc
P.O. Box 151657
Tampa, FL 33684

Express Merchant Processing
P.O. Box 17548
Denver, CO 80217

Fire Safety, Inc.
2721 Roosevelt Blvd.
Clearwater, FL 33760

Florida City Gas
P.O. Box 4569
Atlanta, GA 30302

Florida MasterTemp
3475 N. US 1 - Unit #1
Cocoa, FL 32926

FMKT MEL OWNER LLC
Greenleaf Capital/Fin Dept
5300 W. Cypress St., Ste 165
Tampa, FL 33607

FMKT MEL OWNER LLC
c/o BishopBeale Management
250 N. Orange Ave., Ste 1500
Orlando, FL 32801

Focus Development, LLC.
8723 Gunn Hwy
Odessa, FL 33556

FPL Energy Services
P.O. Box 25426
Miami, FL 33102

GEOPOINT SURVEYING, INC.
1403 E. 5th Avenue
Tampa, FL 33605

Goza and Hall, P.A.
Donald R. Hall, Esq.
28050 U.S. Hwy. 19 North
Suite 402, Corporate Square
Clearwater, FL 33761

GREGORY PEST SOLUTIONS
P.O. Box 6713
Greenville, SC 29606

HALO BRANDED SOLUTIONS
3182 Momentum Place
Chicago, IL 60689

Hartman Simons & Wood LLP.
attn:Laura B. Kurlander, Esq
6400 Powers Ferry Rd, NW
Suite 400
Atlanta, GA 30339

Hays, Potter & Martin LLP
3182 Momentum Place
Chicago, IL 60689

HUH DI/OCP Crosslands, LLC.
c/o OConnor Property Mgt LLC
240 Royal Palm Way, 2nd Fl
Palm Beach, FL 33480

Jay R. Thakkar, Esq.
96 Willard St.
Suite 302
Cocoa, FL 32922

Jordan Twombly
P.O. Box 22784
Tampa, FL 33622

Kirwin Norris
15 W. Church St.
Orlando, FL 32801

Kirwin Norris, P.A.
April Akins, Esq.
15 W. Church St., Ste 301
Orlando, FL 32801

Kissimmee Utility Authority
P.O. Box 850001
Kissimmee, FL 34741

Lieser Skaff Alexander
403 N. Howard Ave
Tampa, FL 33606

Melissa A. Wilson, Esq.
Advocate Law Firm, P.A.
620 W. Polk St.
Bartow, FL 33830

Mood Media
attn: MARIA UNGUREANU
3318 Lakemont Blvd
Fort Mill, SC 29708

Mood Media
1703 West 5th St
Suite 600
Austin, TX 78703

Nationwide
P.O. Box 10479
Des Moines, IA 50306

Nationwide Mutual Insur.
P.O. Box 10479
Des Moines, IA 50306

NTO Management
607 South Alexander St.,
Ste 215
Plant City, FL 33563

Ondeck Payment Support
1400 Broadway
New York, NY 10018

Oracle
P.O. Box 203448
Dallas, TX 75320

Oracle Hospitality
P.O. Box 203448
Dallas, TX 75320

Osceola Crossings Owner, LLC
c/o O'Connor Capital Partner
535 Madison Ave
6th Floor
New York, NY 10022

Osceola Crossings Owner, LLC
Attn: General Counsel
14901 S.Orange Blossom Trail
Orlando, FL 32837

Performance Food Services
Powell
211 Alton Hall Rd
Cairo, GA 39828

Realty Assoc Fund IX, LP
% TA Assoc Realty
28 State St., 10th FL
Boston, MA 02109

Shumaker,Loop &Kendrick, LLP
Brian R. Lambert
101 E Kennedy Blvd
Suite 2800
Tampa, FL 33602

TA Realty
28 State St. 10th Floor
Boston, MA 02109

TD Bank
P.O. Box 5600
Lewiston, ME 04243

Teco Peoples Gas
P.O. 31318
Tampa, FL 33631

The Coca-Cola Company
Curtis Marshall
1150 Sanctuary Parkway
Suite 100
Alpharetta, GA 30009

The Law offices of
Daniel Moody, P.A.
P.O. Box 34
Largo, FL 33779

The Realty Assoc Fund IX, LP
c/o TA Associates Realty
28 State St., 10th Floor
Boston, MA 02109

THE REALTY ASSOC FUND IX,LP
28 State St. 10th Floor
Boston, MA 02109

Toho Water Authority
951 M.L.K. Jr Blvd
Kissimmee, FL 34741

Trent Cotney, P.A.
Construction Law Group
407 N. Howard Ave, Ste 100
Tampa, FL 33606

Wayne Automatic
Fire Sprinklers, Inc.
222 Capital Ct
Ocoee, FL 34761

Windsor Advantage, LLC.
attn: Jeffrey C. Nitti
444 N. Wells St., Ste 201
Chicago, IL 60654

ZRS Management, LLC.
2001 Summit Park Dr.
Suite 300
Orlando, FL 32810

Zwicker & Assoc
80 Minuteman Rd.
GE Money - #3054260
Orlando, FL 32896-0061

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re **1221 Enterprises, Inc.** Debtor(s)

Case No.

Chapter **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **4,500.00** |
| Prior to the filing of this statement I have received | $ | **4,500.00** |
| Balance Due | $ | **0.00** |

2. $ **335.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **The $335 court filing fee has been advanced pre-filing to me by the Debtor and/or third party as indicated above, and is in addition to my compensation.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 16, 2017**
*Date*

**/s/ Samantha L. Dammer**
**Samantha L. Dammer 0036953**
*Signature of Attorney*
**Tampa Law Advocates, PA**
**620 E. Twiggs Street, Suite 110**
**Tampa, FL 33602**
**813-288-0303 Fax: 813-466-7495**
**sdammer@attysam.com**
*Name of law firm*

# United States Bankruptcy Court
## Middle District of Florida

In re **1221 Enterprises, Inc.** Debtor(s)

Case No.

Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **1221 Enterprises, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 16, 2017**
Date

**/s/ Samantha L. Dammer**
**Samantha L. Dammer 0036953**
Signature of Attorney or Litigant
Counsel for **1221 Enterprises, Inc.**

**Tampa Law Advocates, PA**
**620 E. Twiggs Street, Suite 110**
**Tampa, FL 33602**
**813-288-0303 Fax:813-466-7495**
**sdammer@attysam.com**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy